**Order entered March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00096-CR

**MILFORD EUGENE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-62101-H**

## ORDER

The Court **GRANTS** appellant's March 10, 2014 motion to withdraw and substitute counsel. M. Shawn Matlock is substituted for Catherine Clare Bernhard as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to M. Shawn Matlock, 209 West Second Street, Box 207, Fort Worth, Texas 76102; telephone: (817) 332-3000; facsimile: (817) 332-3007.

/s/     LANA MYERS
        JUSTICE